JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK VAUGHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 8:17-cv-00372-AG (JDEx)<br>*Judge Andrew J. Guilford*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: March 1, 2017 |

Pursuant to the parties' Joint Stipulation, this matter is hereby dismissed with prejudice, each side to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: November 16, 2017  _____

Hon. Andrew J. Guilford
U.S. DISTRICT COURT JUDGE